```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MV CONTROLS, INC.,

                Plaintiff,

-against-

CIRCOR INTERNATIONAL, INC.,

                Defendant.
------------------------------------------------------------------x

Case No. 1:20-cv-9340 (AJN)

**[PROPOSED] ORDER ON STIPULATION OF EXTENSION OF TIME**

       The Stipulation for Extension of Time ("Stipulation") in the above-captioned matter came before the Court on January 13, 2021. Having read and considered the Stipulation, the Court hereby **GRANTS** the Stipulation.

       **IT IS HEREBY ORDERED** that, pursuant to the Stipulation, the time for Defendant CIRCOR INTERNATIONAL, INC. to answer, move, or otherwise respond with respect to the Complaint in this action is hereby extended until on or before January 25, 2021.

       DATED: January 14, 2021

_____
The Hon. Alison J. Nathan
United States District Judge