USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/4243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MV Controls, Inc.,

        Plaintiff,

–v–

Circor International, Inc., *et al.*,

        Defendants.

20-cv-9340 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of MV Controls' filing of an amended complaint, Circor International's motion to dismiss the original complaint in this action is DENIED as moot.

This resolves Docket Number 14.

SO ORDERED.

Dated: July 13, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge